IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANSYS, INC.,

      Plaintiff,                       14cv1271
                                        **ELECTRONICALLY FILED**

      v.

GREGORY FALLON,

      Defendant.

### ORDER OF COURT RE: PLAINTIFF'S MOTION TO COMPEL (DOC. NO. 41) AND THIRD-PARTY AUTODESK, INC.'S MOTION FOR PROTECTIVE ORDER (DOC. NO. 45)

AND NOW, this 9th day of October, 2014, after consideration of the pending Motion to Compel and Motion for Protective Order, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Compel (Doc. No. 41) is **GRANTED** and Third-Party Autodesk's Motion for Protective Order (Doc. No. 45) is **DENIED** as follows:

2. Autodesk shall identify its Federal Rule of Civil Procedure 30(b)(6) designees by 10:00AM EST this same day with full names, job titles, and the area about which the person will testify;

3. Autodesk shall produce all responsive documents to Plaintiff's 30(b)(6) request for documents today by NOON EST;

4. Defendant Fallon shall provide full, complete, and substantive responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents, and produce all responsive documents thereto, by NOON EST today;

5. The Parties and Autodesk shall provide all documents exchanged between them to date and documents that are required to come into full compliance with discovery obligations to this Court. Documents may be mailed or hand-delivered, but must be received by chambers by NOON on Friday, October, 10, 2014;

6. Robert "Buzz" Kross shall appear for his deposition as scheduled at 8:00AM Pacific Time on Friday, October 10, 2014, as shall testify as to all matters related to this litigation, including competition between ANSYS and Autodesk;

7. Autodesk's 30(b)(6) designees shall appear for their depositions as scheduled at 2:00PM Pacific Time on Friday, October 10, 2014, and are ordered to testify about all topic areas designated by Plaintiff in its 30(b)(6) notice to Autodesk;

8. Autodesk's predecessor to the position that Defendant Fallon accepted on September 5, 2014 (*i.e.* John Doe) or any person that performed job duties that Defendant Fallon would have performed in this position shall appear for deposition on October 11, 2014, as required under the subpoena issued by Plaintiff; and

9. A Status Conference shall be held on Thursday, October 16, 2014, at 9:00AM, before this Court. Chief trial counsel shall personally attend this Conference along with Defendant Fallon, the President of ANSYS, the President of Autodesk, and the President of Delcam, Ltd.

SO ORDERED,

s/ Arthur J. Schwab<br>Arthur J. Schwab<br>United States District Judge

cc: All Registered ECF Counsel and Parties